**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Tre'Vaughn Jackson, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2017-001172

---

Appeal From Sumter County
Brian M. Gibbons, Circuit Court Judge

---

Unpublished Opinion No. 2021-UP-098
Submitted February 1, 2021 – Filed March 31, 2021

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Lara Mary Caudy, of Columbia, for Petitioner.

Assistant Attorney General Brianna Lynn Schill, of Columbia, for Respondent.

---

**PER CURIAM:** After careful consideration of the Petition, Appendix, and briefs, we dismiss the writ of certiorari as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**WILLIAMS, THOMAS, and HILL, JJ., concur.**[1]

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.